Submitted on record and appellant's brief June 20, reversed and remanded for resentencing June 27, 1978

STATE OF OREGON, *Respondent,*
*v.*
RICKY BLAZE DUHAIME, *Appellant.*
(No. CC 77-227, CA 10250)
579 P2d 1311

Gary D. Babcock, Public Defender, and James E. Mountain, Jr., Deputy Public Defender, Salem, filed the brief for appellant.

James A. Redden, Attorney General, Walter L. Barrie, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, waived appearance for respondent.

Before Schwab, Chief Judge, and Johnson, Gillette, and Roberts, Judges.

PER CURIAM.

Reversed and remanded for resentencing. *State v. Bussey,* 34 Or App 535, 579 P2d 264 (1978).